Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113-1210
policemisconduct@compuserve.com
408-286-5150

Geoffrey D. Allen
1730 Rhode Island Avenue, N.W., Suite 206
Washington, DC 20036
geoffreyallen@verizon.net
202-778-1167

Attorneys for plaintiff JAMES GRANDY

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRANDY,<br>　　　　　　　*Plaintiff*,<br>v.<br><br>UNITED STATES OF AMERICA,<br>Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530,<br>　　　　　　　*Defendant*. | No.  CV 09-01270 JHN RZx<br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: 12 July 2010<br>Time: 2:00 P.M.<br>Courtroom: 790 Roybal<br>Judge: Honorable Jacqueline H. Nguyen |

**TO DEFENDANT UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on 12 July 2010, at 2:00 P.M., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 255 E. Temple Street, Los Angeles, California 90012, plaintiff James Grandy will and hereby does move the Court for partial summary judgment on the issue of liability of defendant on the ground that there is no genuine issue as to any material fact with respect to liability and that plaintiff is entitled to judgment as a matter of law.

Plaintiff's Notice of Motion and Motion
for Partial Summary Judgment　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

1    This motion is based upon this Notice of Motion and Motion, the accompanying
2 memorandun of points and authorities, the statement of uncontroverted facts, the declaration of
3 Anthony Boskovich and the exhibits attached thereto, all pleadings and papers on file in this action,
4 and upon such matters as may be presented to the court at the time of the hearing.
5    Counsel for all parties completed the pre-filing conference required by local rule on 28 April
6 2010.

8 Dated: 1 June 2010

12                              /s/ Anthony Boskovich
13    _____
                                  Anthony Boskovich
14                                Attorney for plaintiff

16                              /s/ Geoffrey D. Allen
17    _____
                                  Geoffrey D. Allen
18                                Attorney for plaintiff

Plaintiff's Notice of Motion and Motion
for Partial Summary Judgment                                                                    Page 2