Anthony Boskovich, No. 121198
Boskovich & Appleton
28 N. First Street, 6th Floor
San Jose, California 95113-1210
policemisconduct@compuserve.com
408-286-5150

Geoffrey D. Allen
1730 Rhode Island Avenue, N.W., Suite 206
Washington, DC 20036
geoffreyallen@verizon.net
202-778-1167

Attorneys for plaintiff JAMES GRANDY

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRANDY,<br>　　　　　　　　*Plaintiff*,<br>v.<br><br>UNITED STATES OF AMERICA,<br>Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530,<br>　　　　　　　　*Defendant*. | No. CV 09-01270 JHN RZx<br><br>DECLARATION OF ANTHONY BOSKOVICH IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT<br><br>Date: 12 July 2010<br>Time: 2:00 P.M.<br>Courtroom: 790 Roybal<br>Judge: Honorable Jacqueline H. Nguyen |

Anthony Boskovich declares:

1.  I am an attorney at law admitted to this court, the Ninth Circuit Court of Appeals, the United States Supreme Court, and all California state courts, and am one of the attorneys of record for plaintiff James Grandy in this matter.

1    2.  Attached hereto as Exhibit A is a true and correct copy of excerpts of the deposition of
2 James Grandy in this matter, taken on 7 April 2006.

3

4    3.  Attached hereto as Exhibit B is a true and correct copy of reports prepared by defendant's
5 agents and employees in this matter regarding the attack on plaintiff that is the subject of this action
6 and produced in discovery by defendant.

7

8    4.  Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition
9 testimony of Ray Raygoza taken on 24 February 2010 in this matter.

10

11    5.  Attached hereto as Exhibit D is a true and correct copy of plaintiff's medical expert Dr.
12 Herbert Joseph dated 1 April 2010 and produced to defendant in this matter pursuant to rule.

13

14    6.  Attached hereto as Exhibit E is a true and correct copy of defendant's responses to
15 interrogatories propounded by plaintiff.

16

17    7.  Attached hereto as Exhibit F is a true and correct copy of relevant portions of the Post
18 Orders for USP-Victorville and its Unit 6A.

19

20    8.  Attached hereto as Exhibit G is a true and correct copy of relevant portions of the Inmate
21 Manual for USP-Victorville and produced in discovery by defendant.

22

23    9.  Attached hereto as Exhibit G is a true and correct copy of excerpts of the deposition
24 testimony of Russell Allison taken on 23 February 2010 in this matter.

25

26

27

Declaration of Anthony Boskovich in Support of
28 Motion for Partial Summary Judgment                                                                                                Page 2

1    10. Attached hereto as Exhibit I is a true and correct copy of defendant's responses to
2  Requests for Admissions propounded by plaintiff.

4    11. Attached hereto as Exhibit J is a true and correct copy of excerpts of the deposition
5  testimony of Brett Jorgensen taken on 16 March 2010 in this matter.

7    12. Attached hereto as Exhibit K is a true and correct copy of excerpts of the deposition
8  testimony of Woodie Mack Ashfield taken on 15 April 2010 in this matter.

10   13. Attached hereto as Exhibit L is a true and correct copy of plaintiff's prison practices
11 expert Joseph McGrath and produced to defendant in this matter pursuant to rule.

13   14. Attached hereto as Exhibit M is a true and correct copy of assault statistics at USP-
14 Victorville produced by defendants in discovery.

16   I declare under penalty of perjury under the laws of the United States of America that the
17 foregoing is true and correct.

19 Dated: 1 June 2010

21                        /s/ Anthony Boskovich

22                        _____
                          Anthony Boskovich
23                        Attorney for plaintiff

28 Declaration of Anthony Boskovich in Support of
Motion for Partial Summary Judgment                                                    Page 3

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*