# EXHIBIT F

FEDERAL CORRECTIONAL COMPLEX
VICTORVILLE, CALIFORNIA

SPECIAL ORDERS

## POST: GENERAL HOUSING UNITS

### INTRODUCTION
There are twelve (12) inmate housing units within each institution.
USP: 1A, 1B, 2A, 2B, 3A, 3B, 4A, 4B, 5A, 5B, 6A, and 6B.
FCI 1: AL, AU, BL, BU, CL, CU, DL, DU, EL, EU, FL, and FU
FCI II: AL, AU, BL, BU, CL, CU, DL, DU, EL, EU, FL, and FU

### HOUSING UNIT OFFICER RESPONSIBILITIES
The officers assigned to these posts have the responsibility for maintaining good order, security, and high levels of sanitation in the units at all times. You will be expected to count and supervise unit orderlies, conduct sanitation inspections, control excess clothing and inmate personal property, conduct shakedowns, maintain several unit log books and enforce all rules and regulations. The Unit Officer posts are essential for control of contraband, control and supervision of inmates, and for maintaining inmates in their properly assigned housing and bed assignments. It is critical to ensure inmates follow all rules and regulations pertaining to the housing units, not only for the security of the institution, but for the well being of all inmates. Staff members are responsible for the supervision of inmates. Officers assigned to this post will be aware that no inmate will have authority over another inmate(s).

The Unit Officers are expected to remain within their areas of responsibility and should not leave their primary areas of responsibility unless so directed in these post orders or as authorized by the Operations Lieutenant. The unit officer is accountable for all inmates authorized to be in the unit. **Inmates are not allowed to visit between units. This is not to be tolerated and disciplinary action should be taken.**

During an emergency lockdown, the rear entrance to your unit will be secured. No inmates will be allowed to enter or exit your unit during an emergency situation unless directed by the Operations Lieutenant.

The housing units will be regularly and constantly patrolled to maintain good order and discipline. When T.V. viewing terminates for the night, ensure that the floors are swept and the chairs are in place. Be especially alert for fire hazards. Any group or groups of inmates whose activities are creating a disturbance will be dispersed.

During the working day, only authorized inmates will be allowed in unit, (i.e. orderlies, off duty inmates, medical idle/lay-in, A&O, and unassigned inmates). Recreation passes will not be issued to unit orderlies prior to 11:00 a.m., unless authorized by the Unit Manager.

Only Health Services medical staff or the Associate Warden may grant an inmate a day off or lay in. All other inmates need to be at their job assignment. It is your responsibility to ensure only authorized inmates are in the unit. If an inmate comes to the door without a authorization, instruct him to return to work and call his work supervisor.

Maintain unit log books and 5x8 cards as in accordance with the provisions of the General Post Orders.

)ERAL CORRECTIONAL COMP.
VICTORVILLE, CALIFORNIA

SPECIAL ORDERS

## POST: GENERAL HOUSING UNITS

16. **DOORS:** Rooms will be unlocked at 6:00 a.m. Unit Officers may lock individual rooms at the request of those inmates during the workday. Rooms will be secured at 10 p.m., Sunday - Saturday.

17. **EMERGENCY BUTTON:** Each room is equipped with an emergency button to alert the Unit Officer to the exact location of an emergency.

18. **LEGAL MATERIALS:** Ordinary legal material will be stored in the locker located in the room. Inmates requiring additional storage space for legal material will contact their Unit Manager. A gray bin will be provided in a storage room in the unit. The inmate will provide a combination lock. The inmate's name and register number will be placed on the locker.

19. **SHAKEDOWNS:** Inmates will be subjected to pat searches and/or metal detector when entering and exiting the unit. Rooms are subject to shakedowns at any time.

20. **NOISE:** Any noise above normal discussion level is prohibited throughout the unit.

21. **COFFEE CUPS:** Coffee cups may be taken to work details; however, they are not authorized at mainline.

22. **THERE WILL BE NO INTRA-UNIT VISITING.** Any inmates found in another unit without authorization will receive an incident report for being in an unauthorized area and the Operation

23. **LIGHTS:** Lights will be turned on at 6:00 a.m. and turned off at 10:00 p.m.

## UNIT SANITATION

Inmates are informed of the rules regarding the maintenance of their individual rooms via the inmate A&O Handbook and referencing the rules posted on the unit bulletin board.

The following areas will be inspected:

- Floors — Clean (swept and mopped), no blankets/towels on floor.
- Walls — Clean and free of posters, etc., dusted and wet wiped.
- Beds — Made properly and items stored neatly underneath.
- Lockers — Dusted and wet wiped.
- Desks — Clean and orderly, books stacked neatly.
- Lights — Dusted.
- Vents — Clean and unblocked.
- Windows — Clean, no items on window sill.
- Waste Basket — Clean and emptied daily.

>ERAL CORRECTIONAL COMP|
VICTORVILLE, CALIFORNIA

SPECIAL ORDERS

## POST: GENERAL HOUSING UNITS

If a room receives a "failed" inspection, both occupants may lose their room assignment, via the disciplinary process.

### PROCEDURES FOR ORDERING CLEANING SUPPLIES

Cleaning supplies will be issued from the safety office on prescribed days. An AF-1 for the supplies will be turned into the safety office of the proceeding month and will be submitted by Unit Team.

### SUPERVISION OF UNIT ORDERLIES

The Unit Officers will be responsible to supervise the daily work assignments of all Unit Orderlies as assigned by unit team.

Ensure the orderlies start cleaning at 7:45 a.m., and continue until they are called to lunch. After lunch, they are to resume cleaning duties. The Unit Officer will check on the progress of any duties assigned to these orderlies. The Unit Officer will issue the required cleaning supplies.

The Unit Officer will keep track of all Unit Orderlies' hours "actually worked". Unit team will be responsible for submitting Inmate Performance Pay.

Unit orderlies will sweep, mop, buff and wax the unit multi-purpose areas and tiers. The The Unit Officer's office and the Unit Team offices will be cleaned under supervision only. Ensure the orderlies wash windows, dust and scrub trash containers and garbage pails.

Unit orderlies will not use buffers between the hours of 10:00 p.m. and 6:00 a.m. unless otherwise approved through the Captain's Office.

### INSPECTION PROCEDURES

Staff designated by the CEO shall inspect all areas of the institution on a scheduled basis. The minimum requirements for regular inspections are as follows:

1. A Safety staff member shall inspect all areas of the institution monthly for safety, fire safety and environmental concerns (especially as it affects pest control and hygiene). The department head/or designee shall accompany the Safety staff on the inspection of their area and prepare a written response addressing corrective actions on noted deficiencies to be routed through the respective Associate Warden to the Safety Department.

2. Qualified departmental staff members shall inspect their areas at least weekly for safety, fire safety, and sanitation using an inspection checklist.

### DETAIL CENSUS

The unit officer will conduct a (AM) morning and (PM) afternoon detail census. All inmates will report to their rooms for the purpose of the census. Any inmate found to be in an unauthorized area will be written an incident report.

FEDERAL CORRECTIONAL COMPLEX
VICTORVILLE, CALIFORNIA

SPECIAL ORDERS

## POST: GENERAL HOUSING UNITS

Any discrepancies will be reported to the Operation's Lieutenant immediately. The results of the census will be documented in the unit log book. *See General section for housing unit census check procedures.*

### UNIT LOGS
The log books for each unit are located in the Officer's Station within each unit. The Unit Officer will make entries in these logs when information becomes available and should be passed on to other shifts. The Unit Log will be maintained, documenting pertinent information regarding inmate activity.

All suspicious and unusual behavior by inmates or groups of inmates will be recorded. Sanitation may be commented upon, particularly any problem areas encountered, and any fire, safety, and security hazards will be recorded, and if possible corrected immediately. Any contraband discovered will be recorded in the Unit Log Book and also in the Search Log Book. A Lieutenant will review and sign these log books daily. All entries should be kept professional, these records could be called into evidence in a court of law.

### LOG BOOK ENTRY EXAMPLE
12:00 a.m. Relieved Officer Williams and assumed duties as the 6A Unit Officer. Key Rings F-1 w/4, Radio #23 and all equipment accounted for.

12:01 a.m. Count announced. Watch Calls started.
12:30 a.m. Completed Count, called in a double count with Officer Jones of 197.
12:45 a.m. Clear Count announced by Control.
6:00 a.m. Unit doors unsecured, Inmates let out on flats.
6:50 a.m. Unit released from morning meal.
8:00 a.m Relieved of duties by Officer Johnson, all keys, radio and equipment accounted for.

### BED BOOK CARDS
A set of 5x8 quarters cards is maintained in each housing unit. The card should have a picture of the inmate, custody, work assignment, cell and bed assignment( Use pencil's when up dating cards). The back side of the card will be utilized for recording pertinent information concerning the inmate's behavior and other observations, such as nick names, warnings given for minor infractions of rules and regulations, incident reports, etc. Both positive and negative comments and observations should be recorded.

It is the responsibility of the Housing Unit Officer on each shift to maintain the bed book. After arriving on post, at the earliest possible moment (within the first hour) the bed book will be audited for accuracy.

When an inmate is quartered or assigned on Admission and Release Status, (ARS) such as on writ, furlough or transferred to an Outside Hospital, etc, the 5X8 card will reflect in writing (pencil) the inmate's ARS status.

DERAL CORRECTIONAL COMP.
VICTORVILLE, CALIFORNIA

SPECIAL ORDERS

## POST: GENERAL HOUSING UNITS

6. The inmate will then be asked to verify the numbers on the bottle and the lab slip and to initial the lab slip to indicate his/her verification. A cover sheet should be used which will permit the inmate to view only his/her entries on the lab slip. If the inmate refuses, a second staff member should make this verification and initial the form.

7. After samples are collected they will be maintained under direct staff observation until moved to a locked area where they are be stored until mailing. This area should be designated by the Urine Surveillance Program Coordinator and should be one which is accessible to a very limited number of staff, and to no inmates.

### ALCOHOL TESTING
All inmates tested will be tested utilizing the Alco-Sensor III machine. The test will be given in accordance with instructions provided with the machine and the present Alcohol Testing Institution Supplement.

Note: All urine and alcohol tests will be recorded in the appropriate logs maintained in the SIS Office.

### MOVEMENTS
When the move is announced, Housing Unit Officers will be stationed at the entrance/exit point of their unit. Weather it is at the front door to the unit, leading out to the compound or at the USP, the door leading out to the corridor. The Unit Officer should monitor incoming and outgoing inmate traffic, randomly conducting pat searches and if a metal detector is present, ensure each inmate is clearing it.. The officer will remain in the immediate area of the front door until the move is closed and the doors are locked. During the Noon Meal, inmates returning to the unit may be allowed into the unit but will not be allowed to exit until that unit is called for mainline.

### MORNING SICK CALL
Morning sick call is 6:30 a.m. to 7:00. Morning pill line is 6:00 a.m. - 6:30 a.m. Inmates who need to go to sick call will exit the unit when the unit is opened for the morning meal unless authorized.

### TOOLS
Detail supervisors (including the Unit Officer) will adhere to using the chit system for checking out tools as needed. Detail supervisors (and the Unit Officer) will insure all tools are accounted for prior to the end of any work period, (lunch breaks workday). Strict accountability and supervision must be maintained for all tools. Tools identified as AA will not be operated by inmates. Tools identified as A will be highly supervised. Tool control procedures will be adhered to according to applicable program statements and institution supplements. When any tool is lost, regardless of the classification, the Captain, Shift Lieutenant and tool control officer must be notified immediately. The staff member responsible for the tool must complete a Lost or Missing Tool Report, (BP-220) the same day.