# EXHIBIT G

```
****************************************
       FEDERAL CORRECTIONAL INSTITUTION I
                   (FCI I)
       FEDERAL CORRECTIONAL INSTITUTION II
                  (FCI II)
     UNITED STATES PENITENTIARY VICTORVILLE
                    (USP)

              Victorville, California

            I N M A T E   H A N D B O O K
                    UPDATED AS OF

                  NOVEMBER 2007
****************************************
```

The information contained in this handbook is current as of the date of publication. It contains summaries of national and local policies and is subject to change. The purpose of this handbook is to provide incoming inmates with general information regarding the Bureau of Prisons, institution programs, and the rules and regulations inmates will encounter during incarceration. The purpose of this handbook is to help inmates understand their responsibilities when they arrive at FCC Victorville and assist them in their adjustment to institution life.

1

---

**\*\*FCI VICTORVILLE I\*\***
**\*\*FCI VICTORVILLE II\*\***
**\*\*USP VICTORVILLE\*\***

[Seal: DEPARTMENT OF JUSTICE ★ FEDERAL BUREAU OF PRISONS]

# Inmate Handbook

FCC VICTORVILLE, CA

Unit Manager: Is responsible for the development, operation and supervision of the entire unit.

Case Manager: Is responsible for matters pertaining to inmate management such as parole, classification, release, transfer, community corrections center referrals, etc.

Correctional Counselor: Is primarily concerned with your day-to-day issues. When you need assistance regarding personal matters, you should initially contact your assigned Correctional Counselor. Correctional Counselors act as a liaison between you and your Unit Team, as well as other staff within the institution.

Secretary: Is responsible for clerical work within the housing unit.

Unit Officer: Is responsible for inmate supervision within the Unit. Many times, he or she will be the only staff member on duty and available to answer questions relative to your adjustment in the housing unit.

Education: Acts as an advisor to the Unit Team for all matters pertaining to your educational and/or vocational training needs.

Psychologist: Is qualified to determine if emotional/psychological problems may be affecting your incarceration. The psychologist further suggests and/or participates in treatment plans.

Unit Rules
After receiving a unit assignment, you should become familiar with the unit rules. The following are standard rules for each housing unit:

1. Lights in the units will be turned on at 5:30 a.m. and lights will be turned out at 10:00 p.m. Laundry rooms will not be in use during lights-out.

2. There will be no inter-cell visiting.

3. There will be no visiting between living units. Inmates assigned to a work crew will be allowed in the living units if in possession of a work pass. Any unauthorized entrance to a housing unit will result in disciplinary action. Inmates not assigned to a specific unit must remain outside the gated compound immediately exiting the unit. Inmates found within the fence will be considered out of bounds.

4. Floors will be swept and mopped daily, paying close attention to the areas beneath the beds and under the lockers.

5. Walls will be cleaned daily, assuring that any spills are cleaned off the walls. Pay close attention to the corners in order to prevent formation of cobwebs.

6. The only covering permitted for outside windows will be that which is provided by the institution. Beds will be tightly made, military style, with the blanket being the top cover. Your extra blanket will be neatly folded at the foot of the bed and nothing will be left lying on the bed or hanging from the bedposts or frame. All Beds will be made by 7:30 a.m. during weekdays. On weekends and holidays, the bed will be made when the inmate is up for the day. Only one mattress is allowed per bed. When linen is being exchanged, the mattress may be left lying flat on the

6

7