| Case Number | | Title | |
|---|---|---|---|
| **Judge** | | | |
| **Dates of Trial or Hearing** | | | |
| **Court Reporters or Tape No.** | | | |
| **Deputy Clerks** | | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | . | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SEKRET T. SNEED (SBN 217193)
DONALD W. YOO (SBN 227679)
Assistant United States Attorneys
       Room 7516, Federal Building
       300 North Los Angeles Street
       Los Angeles, California 90012
       Tel:          (213) 894-3531/3994
       Fax:          (213) 894-7819
       Email:        sekret.sneed@usdoj.gov
                     donald.yoo@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GRANDY, an individual, | No. 2:09-cv-01270-JHN-RZx |
| Plaintiff, | **JOINT EXHIBIT LIST** |
| vs. | Honorable Jacqueline H. Nguyen |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1<br>(Joseph No. 1) | James Grandy's Medical Records from Arrowhead Regional Medical Center | 2/15/11 | 2/15/11 |
| 2<br>(Joseph No. 2) | Dr. Herbert H. Joseph's Report | 2/15/11 | 2/15/11 |
| 3<br>(Joseph No. 3) | Billing Statements from Arrowhead Regional Medical Center | 2/15/11 | 2/15/11 |
| 4<br>(Joseph No. 4) | Supplemental Report of Arthur P. Kowell, M.D., PhD. | 2/15/11 | 2/15/11 |
| 5<br>(Joseph No. 5) | Report re: Review of Medical Records from Arthur P. Kowell, M.D., PhD. | 2/15/11 | 2/15/11 |
| 6<br>(Joseph No. 6) | Report re: Neurological Consultation from Arthur P. Kowell, M.D., PhD. | 2/15/11 | 2/15/11 |
| 7<br>(Grant No. 1) | Post Order | 2/15/11 | 2/15/11 |
| 8<br>(Allison No. 1) | BOP Memorandum to File dated December 29, 2006 from R. Allison re: Closure to Administrative SIS File 06201 | | |
| 9<br>(Allison No. 2) | Unsigned and undated Declaration of Russell Allison | 2/15/11 | 2/15/11 |

1

| | | | |
|---|---|---|---|
| 10<br>(Allison No. 3) | BOP Memorandum from J. Dumeng to S. Grant, dated November 25, 2006 re: Assault | 2/15/11 | 2/15/11 |
| 11<br>(Allison No. 4) | BOP Memorandum from C. Smith to J. Dumeng, dated November 25, 2006 re: Assault | | |
| 12<br>(Allison No. 5) | BOP Memorandum from R. Raygoza to Lt. Dumeng dated November 25, 2006 re: Fight in Unit 6A | 2/15/11 | 2/15/11 |
| 13<br>(Allison No. 6) | BOP Memorandum from J. Terrones to Lt. Dumeng dated November 25, 2006 re: Fight in Unit 6A | | |
| 14<br>(Allison No. 7) | BOP Memorandum from SOS Ware to Lt. Dumeng dated November 25, 2006 re: Assault in Unit 6A | | |
| 15<br>(Allison No. 8) | BOP Memorandum from J. Autry to J. Dumeng dated November 25, 2006 re: Fight in Unit 6A | | |
| 16<br>(Allison No. 9) | BOP Memorandum from R. Boudreau to J. Dumeng dated November 25, 2006 re: Fight in Unit 6A | | |
| 17<br>(Allison No. 10) | BOP Memorandum from S. Williams to S. R. Grant dated | 2/15/11 | 2/15/11 |

| | | | |
|---|---|---|---|
| | November 25, 2006 re: Fight in Unit 6A | | |
| 18 (Allison No. 11) | BOP Memorandum from B. Cintora to Lt. Dumeng dated November 25, 2006 re: Fight in Unit 6A | | |
| 19 (Allison No. 12) | BOP Memorandum from G. Lang to Operations Lt. dated November 25, 2006 re: staff call for assistance | | |
| 20 (Allison No. 13) | BOP Memorandum from J. Harris to D/W Operations Lt. dated November 25, 2006 re: Stabbing in 6A | | |
| 21 (Allison No. 14) | BOP Memorandum from D. J. Williams to J. Dumeng dated November 25, 2006 re: Body Alarm in Unit 6A | | |
| 22 (Allison No. 15) | BOP Memorandum from Y. Lynn to J. Dumeng dated November 25, 2006 re: Response to Fight in Unit 6A | | |
| 23 (Allison No. 16) | BOP Memorandum from A. Perez to C. Smith dated November 25, 2006 re: Body Alarm in Unit 6A | | |
| 24 (Allison No. 17) | Undated Memorandum from B. Murillo to J. Dumeng re: Fight in Unit 6A | | |
| 25 | Copy of overhead photograph of | | |

3

| (Raygoza No. 20) | USP Victorville | | |
|---|---|---|---|
| 26 (Raygoza No. 21) | Hand drawn diagram | 2/15/11 | 2/15/11 |
| 27 (Raygoza No. 22) | BOP Memorandum from R. Raygoza to Lt. Dumeng dated November 25, 2006 re: Fight in Unit 6A | 2/15/11 | 2/15/11 |
| 28 (Raygoza No. 23) | USP Victorville Logbook for Unit 6A | 2/15/11 | 2/15/11 |
| 29 | USP Victorville Unit 6A Log Book entry for November 25, 2006 | 2/15/11 | 2/15/11 |
| 30 | BOP Inmate Manual | 2/15/11 | 2/15/11 |
| 31 | Photographs of weapons | | |
| 32 | USP Victorville Special Orders, Post: General Housing Unit | 2/15/11 | 2/15/11 |
| 33 | Diagram of Housing Unit 6A and 6B at USP Victorville | 2/15/11 | 2/15/11 |
| 34 | Defendant's First Revised Responses to Plaintiff's First Set of Interrogatories | 2/15/11 | 2/15/11 |
| 35 | Defendant's Responses to Plaintiff's First Set of Requests for Admissions | 2/15/11 | 2/15/11 |
| 36 | Videotaped Deposition of Herbert | 2/15/11 | 2/15/11 |

4

| | | | | |
|---|---|---|---|---|
| | | H. Joseph, M.D. (DVD) | | |
| | 37 | Photographs of entranceway and sallyport to Housing Unit 6A at USP Victorville | 2/15/11 | 2/15/11 |
| | 38 | Plaintiff's work performance rating dated May 31, 2006 | | |
| | 39 | Plaintiff's work performance rating dated July 31, 2007 | 2/15/11 | |
| | 40 | Plaintiff's work performance rating dated September 30, 2007 | | |
| | 41 | Plaintiff's work performance rating dated January 31, 2008 | | |
| | 42 | Plaintiff's work performance rating dated June 1, 2008 | | |
| | 43 | Certificate of Completion, Mavis Beacon Typing Tutor, USP Victorville | | |
| | 44 | Certificate of Achievement, Microsoft Office Training, USP Victorville | | |
| | 45 | BOP Discipline Hearing Officer Report, Incident Report No. 1521387 | | |
| | 46 | BOP Discipline Hearing Officer Report, Incident Report No. 1694644 | | |
| | 47 | BOP Discipline Hearing Officer | | |

5

| | | | | |
|---|---|---|---|---|
| | Report, Incident Report No. 1766829 | | |
| 48 | BOP Incident Report re: damaging government property on February 19, 2009 | | |
| 49 | Plaintiff's BOP medical records from USP Victorville | 2/15/11 | 2/15/11 |
| 50 | USP Victorville Post Orders and Special Instructions | 2/15/11 | 2/15/11 |
| 51 | Demonstrative Visual of Unit 6A Sallyport | 2/15/11 | 2/15/11 |
| 52 | Unit 6A Cell Assignment Roster for November 25, 2006 | 2/15/11 | 2/15/11 |
| 53 | Declaration of Chavon Wiggins | 2/15/11 | 2/16/11 |
| 54 | Expert Report of Joseph McGrath | 2/15/11 | 2/16/11 |
| 55 | Video of James Grandy Tower 7 | 2/15/11 | 2/16/11 |
| 56 | Video of James Grandy Camera 105 | 2/15/11 | 2/16/11 |