1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

James Grandy,                          )   Case No. 2:09-cv-01270-JHN-RZx
                                       )
                 Plaintiff,            )
                                       )   **JUDGMENT IN FAVOR OF**
vs.                                    )   **DEFENDANT**
                                       )
United States of America,              )
                                       )   Judge: Honorable Jacqueline H. Nguyen
                 Defendant.            )
                                       )
_____        )

     In accordance with the Findings of Fact and Conclusions of Law issued on this date,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that final judgment be entered in favor of Defendant, the United States of America.

Dated:  December 16, 2011

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT